IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                          CASE NO.: 4:09cv486-SPM/WCS

REAL PROPERTY LOCATED AT
181 CENTER STREET, PERRY
FLORIDA, WITH ALL
IMPROVEMENTS AND
APPURTENANCES THEREON,

        Defendant.
_____/

## ORDER GRANTING STAY

This cause comes before the Court on the parties' Joint Motion to Stay

(doc. 9).  For good cause shown, it is

ORDERED AND ADJUDGED:

1.      The motion (doc. 10) is granted.

2.      This case is stayed until the resolution of the criminal investigation.

3.      Plaintiff shall notify the Court when the investigation is completed.

If the investigation is not completed by December 2, 2010, Plaintiff shall file a

report stating when the investigation is expected to be completed.

DONE AND ORDERED this 31st day of August, 2010.

*s/ Stephan P. Mickle*

Stephan P. Mickle
Chief United States District Judge

CASE NO.: 4:09cv486-SPM/WCS