IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                 CASE NO.: 4:09cv486-SPM/WCS

REAL PROPERTY LOCATED AT
181 CENTER STREET, PERRY
FLORIDA, WITH ALL
IMPROVEMENTS AND
APPURTENANCES THEREON,

    Defendant.
_____/

## ORDER ON THIRD STATUS REPORT

This cause comes before the Court on the Plaintiff's Third Status Report (doc. 16). If the investigation is not completed by August 1, 2011, Plaintiff shall file a fourth status report stating when the investigation is expected to be completed.

DONE AND ORDERED this 3rd day of June, 2011.

                                           *s/ Stephan P. Mickle*
                                           Stephan P. Mickle
                                           Chief United States District Judge