IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO.: 4:09cv486-SPM/WCS

REAL PROPERTY LOCATED AT
181 CENTER STREET, PERRY
FLORIDA, WITH ALL
IMPROVEMENTS AND
APPURTENANCES THEREON,

    Defendant.

_____/

## ORDER ON FOURTH STATUS REPORT

This cause comes before the Court on the Plaintiff's Fourth Status Report (doc. 18). If the investigation is not completed by November 1, 2011, Plaintiff shall file a fifth status report stating when the investigation is expected to be completed.

DONE AND ORDERED this 3rd day of August, 2011.

                                              *s/ Stephan P. Mickle*
                                              Stephan P. Mickle
                                              Senior United States District Judge