IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO.: 4:09cv486-SPM/WCS

REAL PROPERTY LOCATED AT
181 CENTER STREET, PERRY
FLORIDA, WITH ALL
IMPROVEMENTS AND
APPURTENANCES THEREON,

    Defendant.
_____/

### ORDER LIFTING STAY

Upon consideration of Plaintiff's Status Report and Notice to Court (doc. 20), it is

ORDERED AND ADJUDGED:

1.    The stay is lifted.

2.    The clerk shall prepare an initial scheduling order for issuance in this case.

DONE AND ORDERED this 10th day of January, 2012.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Senior United States District Judge